

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-17-00332-CV

**AME & FE INVESTMENTS, LTD.,**
Appellants

v.

**NEC NETWORKS, LLC, DBA CAPTURERX,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-11952
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellee's unopposed motion for leave to file post-submission letter brief is hereby GRANTED.

It is so ORDERED on this 7th day of January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court